WESTMINSTER PRESBYTERIAN CHURCH OF WEST TWENTY-THIRD ST. v. TRUSTEES OF PRESBYTERY OF NEW YORK.  (No. 6422.)

(Supreme Court, Appellate Division, First Department.  November 27, 1914.)

PLEADING (§ 280*)—ANSWER—SUPPLEMENTAL ANSWER.
  Where the prior judgment sought to be set up as a bar in the supplemental answer has been reversed, and the complaint dismissed, leave to serve such supplemental answer should be denied.
  [Ed. Note.—For, other cases, see Pleading, Cent. Dig. §§ 842–846;  Dec. Dig. § 280.*]

Appeal from Special Term, New York County.

Action by the Westminster Presbyterian Church of West Twenty-Third Street against the Trustees of the Presbytery of New York. From an order denying plaintiff's motion for judgment on the pleadings, and from an order granting defendant leave to serve a second supplementary answer, plaintiff appeals.  Order denying motion for judgment affirmed, order granting motion to serve supplementary answer reversed, and motion denied.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, DOWLING, and HOTCHKISS, JJ.

Richmond J. Reese, of New York City, for appellant.
Henry W. Jessup, of New York City, for respondent.

PER CURIAM.  The order denying the motion for judgment on the pleadings should be affirmed, without costs.  As to the second order, inasmuch as the prior judgment now sought to be set up as a bar in the supplemental answer has been reversed, and the complaint dismissed, the order granting such leave should be reversed, and the motion denied, without costs.